FRED L. HEWES, Respondent, v. ROBERT G. MACKAY, INC., and Others, Defendants, and CONTINENTAL CASUALTY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Petition of the QUEENS COUNTY BAR ASSOCIATION with Respect to ISAAC E. BERMANT, JACOB W. BERMANT and HENRY BERMANT, Attorneys, Respondents.— The proof tends to indicate that prior to 1934 respondents had solicited retainers in condemnation proceedings by paid agents. Because of the existence at that time of an erroneous impression in some places that the prohibition against solicitation was not applicable to condemnation proceedings, the court overlooks the delinquency. Although it was at a time when respondents could know nothing of an investigation later ordered in 1936 by this court of conditions at the bar in Queens county, respondents destroyed in 1935 their check vouchers for 1934 and for several years before that time. Keeping the checks would have been expedient; their destruction was indiscreet. Respondents are hereby censured for interviewing and examining persons who had been witnesses before Mr. Justice Faber, presiding over an investigation, behind closed doors, ordered by this court at a time when respondents had no reason to believe charges were to be preferred against them. (*Matter of Murphy*, 254 App. Div. 770.) Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Petition of ABRAHAM M. BROWNSTEIN and H. IRWIN BROWNSTEIN, Admitted as HERMAN I. BROWNSTEIN, for Reinstatement to the Bar.— Motion for reinstatement granted. [See 253 App. Div. 840.] Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending of Braddock Avenue (Rocky Hill Road), from Hillside Avenue to Jamaica Avenue, etc., in the Borough of Queens, City of New York. MOTT HOMES, INC., and Others, Appellants; THE CITY OF NEW YORK, Respondent.— Motion for resettlement of order of October 26, 1938, denied, without costs. [Motion to resettle order made upon remittitur from Court of Appeals. See 251 App. Div. 669; affd., 278 N. Y. 163; Id. 703.] Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK on the Relation of JOSEPH T. BRETT, Respondent, for a Peremptory Writ of Mandamus against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, and Others, Appellants. In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK on the Relation of ARTHUR L. LEWIS, Respondent, for a Peremptory Writ of Mandamus against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, and Others, Appellants.— Motions for reargument denied, with one bill of ten dollars costs. Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.